JOHN DUBAK, JR., ETC., ET AL. v. BURDETTE TOMLIN MEMORI-
AL HOSPITAL, ET AL., AND "Q" LOUNGE, INC., ETC.

April 19, 1989.

Petition for certification denied.

JOHN DUBAK, JR., ETC., ET AL. v. BURDETTE TOMLIN MEMORI-
AL HOSPITAL, ET AL., AND H. SEZER KOKNAR, M.D., ET AL.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DELOATCH.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SULTANN MUSLIM SHABAZZ.

April 19, 1989.

Petition for certification denied.